## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Bodyguard Productions, Inc.

                Plaintiff,

v.

Doe No. 4, et al.

                Defendant.

Case No.: 1:18–cv–00360

Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 11, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 5/11/2018 and continued to 7/20/2018 at 9:30 a.m. Plaintiff's oral motion for leave to file an amended complaint is granted and shall be filed 7/16/2018. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.