IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No.: 18-cv-0360 |
| | ) |
| v. | ) |
| | ) Judge Elaine E. Bucklo |
| STEFAN IVANOV and | ) |
| MARYBETH BONADONNA, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
DEFENDANTS STEFAN IVANOV AND MARYBETH BONADONNA**

Plaintiff, Bodyguard Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Defendants Stefan Ivanov, Internet Protocol address 73.22.146.74 (formerly Doe No. 17) and Marybeth Bonadonna, Internet Protocol address 73.9.226.5 (formerly Doe No. 12). Each party shall bear its own attorney's fees and costs.

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: September 11, 2018     BODYGUARD PRODUCTIONS, INC.

By:  s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
Bodyguard Productions, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Defendants Stefan Ivanov and Marybeth Bonadonna was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 11, 2018.

_s/Michael A. Hierl_____